```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11466
   GEORGETTE D WATSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5250


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/13/2006 and was confirmed 11/08/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  55.00%.

     The case was dismissed after confirmation 03/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ARONSON FURNITURE           SECURED            1535.00        116.92        435.15
ARONSON FURNITURE           UNSECURED           630.63           .00           .00
COOK COUNTY TREASURER       SECURED            5000.00           .00       4187.73
GMAC MORTGAGE               CURRENT MORTG         .00            .00           .00
SAXON MORTGAGE              MORTGAGE ARRE         .00            .00           .00
ILLINOIS TITLE              SECURED VEHIC     1800.00         113.21       1488.98
SAXON MORTGAGE              CURRENT MORTG         .00            .00           .00
SAXON MORTGAGE              NOTICE ONLY     NOT FILED           .00           .00
UNITED FEDERAL CREDIT UN    SECURED VEHIC    18181.20        1259.84       7343.18
AMERICAN GENERAL FINANCE    NOTICE ONLY     NOT FILED           .00           .00
CASH AMERICA PAYDAY LOAN    UNSECURED         1180.00           .00           .00
EVANSTON NORTHWESTERN HE    UNSECURED        NOT FILED          .00           .00
PINNACLE MANAGEMENT SERV    NOTICE ONLY     NOT FILED           .00           .00
GREAT EXPECTATIONS          UNSECURED        NOT FILED          .00           .00
HSBC NV                     UNSECURED        NOT FILED          .00           .00
SUNRISE CREDIT SERVICE      NOTICE ONLY     NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED          103.42           .00           .00
LVNV FUNDING                NOTICE ONLY     NOT FILED           .00           .00
MIDWEST CENTER FOR DAY S    UNSECURED        NOT FILED          .00           .00
NICOR GAS                   UNSECURED          631.88           .00           .00
PROVIDIAN                   UNSECURED        NOT FILED          .00           .00
TRS SERVICES                NOTICE ONLY     NOT FILED           .00           .00
MIDSTATE COLLECTION SOLU    UNSECURED        NOT FILED          .00           .00
COLUMBUS BANK & TRUST       UNSECURED        NOT FILED          .00           .00
COLUMBUS BANK & TRUST       UNSECURED        NOT FILED          .00           .00
TCF NATIONAL BANK           UNSECURED        NOT FILED          .00           .00
HELLER & FRISONE            NOTICE ONLY     NOT FILED           .00           .00
US DEPT OF EDUCATION        UNSECURED         9729.37           .00           .00
US DEPT OF EDUCATION        UNSECURED         3237.45           .00           .00
GMAC MORTGAGE               MORTGAGE ARRE     1257.19           .00           .00
UNITED FEDERAL CREDIT UN    UNSECURED        NOT FILED          .00           .00
PROVIDIAN                   UNSECURED         3127.30           .00           .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11466 GEORGETTE D WATSON
```

```
AMERICAN GENERAL FINANCE   UNSECURED         3404.44              .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,979.00                            .00
TOM VAUGHN                 TRUSTEE                                            979.99
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    15,925.00

PRIORITY                                                 .00
SECURED                                            13,455.04
    INTEREST                                        1,489.97
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                   979.99
DEBTOR REFUND                                            .00
                          ---------------     ---------------
TOTALS                     15,925.00              15,925.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 06/25/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```